FABIAN BARAJAS
10701 Western Ave 4
Downey, CA 90241
(562) 440-4689
f.barajas@lafilm.edu

Self-Represented





**LODGED**
CLERK, U.S. DISTRICT COURT

JUN - 5 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

**RECEIVED**
CLERK, U.S. DISTRICT COURT

JUN - 3 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES FEDERAL COURT

COUNTY OF LOS ANGELES

| | |
|---|---|
| **FABIAN BARAJAS** | Case No.: **20STCV16052** |
| Petitioner/Plaintiff, | UNLIMITED CIVIL LAWSUIT |
| v. | |
| Google Adsense & **the Los Angeles Film School** | |
| Respondent/Defendant | |

5.(d)(4) of the Federal Rules of Civil Procedures specifically state.

5.(d)(4) Acceptance by the clerk. A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice.

I, the plaintiff, Fabian Barajas is suing the defendant's for $5,000,000.00. I, the plaintiff, did NOT find a lawyer/ attorney knowledgeable to assist me with my case. Furthermore, the defendant's, are accountable for the following atrocities: slander, motor vehicle "hit and run", unauthorized use and exploitation of my Copyright, Patent and Trademark, Health Targeting with a sexual transmitted disease and financial/ credit damages. **AS OF MAY 12, 2020, THE LOS ANGELES FILM SCHOOL IS NOW ADDED FOR PARTICIPATING WITH GOOGLE AND REQUIRED TO PAY.** Both the Los Angeles Film School and Google are obligated to show for court on: September 2, 2020!

1  Location: Stanley Mosk Courthouse
2  111 N Hill St
3  Los Angeles, CA  90012
4  United States

6  Which allegations shall proceed into **FEDERAL COURT. THE LOS ANGELES FILM SCHOOL**
7  **and Google Adsense IS BEING SUED FOR FEDERAL FRAUD.** The plaintiff, Fabian Barajas
8  enrolled at the Los Angeles Film School on September 2012 and received an Associates In Science In
9  Film on August 2015. The Los Angeles Film School is obligated to attend court proceedings and answer
10 truthfully on how it handles it's student's database and their safety policies on their technical equipment
11 requirements paid by the Department Of Education, at least in Fabian Barajas's case. Which includes a
12 presentation on how it cooperates with competition vs. maintaining its educational business purpose and
13 intentions. The Los Angeles Film School is suspiciously found accountable with Google Adsense.

15 WHERE AS, the plaintiff, Fabian Barajas, paid, under the Department Of Education and other student
16 loans in the total amount of **$49,000+.** To WHERE AS, the Los Angeles Film School even provided the
17 plaintiff with the "**Hollywood Dream Scholarship**" which is another loan the Los Angeles Film
18 School received from  Uncle Sam in total payments of $5,000 including $2,000 on top of that amount
19 for the specific dedication I, the plaintiff have accomplished .

21                          **"Hollywood Dream Scholarship"**
22 Specifically state:
23 *"Mission Statement: The Los Angeles Film School is dedicated to the education and encouragement of*
24 *future generations of media professionals. In an effort to further this dedication and encouragement,*
25 *LAFS introduces the Hollywood Dreams Scholarship Program. The purpose of this program is to aid*
26 *deserving film students that are focused on careers in entertainment media by assisting them with*
27 *financial need related to their education.*

UNLIMITED CIVIL LAWSUIT - 2

*Awards: The Hollywood Dreams Scholarship program will award $5,000 to eligible associates Film degree program candidates during their first academic year. Eligible students may be awarded up to $2,000 in additional Dreams Scholarship funds during their second academic year. This scholarship fund is limited and will be awarded to all applicants who meet the eligibility requirements according to the award determination process as outlined below."*

The atrocities are being performed by the defendants after I, the plaintiff, accomplished the work regarding the Copyright and Trademark, "adBank®" which is the Official Video Advertising Revenue Service. I, the plaintiff accomplished this work in 2014 where I, the plaintiff, invested my credit into advertising my video for revenue purposes but, unfortunately, Google Adsense never paid me anything, Google accessed my private data without my consent, took credit for my work and attacked me since then and therefore, my Dream was never experienced. My Dream was taken away. WHERE AS, the Defendants exposed private confidential information committing SLANDER. WHERE AS, the atrocities began to negatively impact our stock markets between 2015-2019.

I, the plaintiff, **DEMANDS** exclusive relief THIS INSTANT from all atrocities and attempts to harm me from defendants. I didn't do anything wrong and therefore, enforce **FEDERAL DEATH PENALTIES** on Defendants and authorize Congress to do what is necessary to protect this nations Entertainment Media culture overall. The defendants shall be prosecuted and responsible for credit damages and more. In no way is the plaintiff responsible. Considering the total amount this school receives from Uncle Sam daily, there is No Excuse for this behavior. THE RIGHT TO DEDUCT THE INFRINGERS WAGES TO PAY THE PLAINTIFF IS ORDERED TO WHERE AS THE DEATH PENALTY GRANTS FEDERAL AGENTS THE RIGHT TO CONCEAL WEAPON FOR I, THE PLAINTIFF, PROTECTION AND SAFETY. THE RIGHT TO PULL THE TRIGGER IS GRANTED DURING INVESTIGATIONS IF AGENTS FIND FURTHER HUMILIATION AND SIGNS OF POTENTIAL ABUSE AND OR RELATED TO THE ATROCITIES IN ANY WAY. THE RIGHT TO MONITOR EVERYONE WITHIN THE PLAINTIFF'S RADIUS BY CELL PHONE MICROPHONE's IS GRANTED!


Case 2:20-cv-04995-UA   Document 1-2   Filed 06/05/20   Page 4 of 7   Page ID #:7

FURTHERMORE, AT THIS POINT, THE DEFENDANTS, CREDITORS AND INFRINGERS HOLD NO HIGHER AUTHORITY NOR POWER OF JUDGMENT ANY FURTHER.

Congress also specifically state: *"..The Copyright Office continues to strongly support the idea of a small copyright claims tribunal, located within the Office, to help allay the significant costs and time required for federal court litigation. In addition to serving visual artists who are seeking to pursue infringers, an alternative tribunal also could allow visual artists (and others) to pursue declaratory judgment actions if they believe they are being unfairly targeted as infringers. The Copyright Office recognizes the incredible contributions that visual artists make to this nation's creativity and culture...."* to where as, this is an Emergency claim. This Act may be cited as the "Library of Congress Fiscal Operations Improvement Act of 2000".

## TITLE I—LIBRARY OF CONGRESS REVOLVING FUNDS SEC. 101. REVOLVING FUND FOR AUDIO AND VIDEO DUPLICATION SERVICES ASSOCIATED WITH AUDIOVISUAL CONSERVATION CENTER.

(a) ESTABLISHMENT.—There is hereby established in the Treasury a revolving fund for audio and video duplication and delivery services provided by the Librarian of Congress (hereafter in this Act referred to as the "Librarian") which are associated with the national audiovisual conservation center established under the Act entitled "An Act to authorize acquisition of certain real property for the Library of Congress, and for other purposes", approved December 15, 1997 (Public Law 105-144; 2 U.S.C. 141 note). (b) FEES FOR SERVICES.—The Librarian may charge a fee for providing services described in subsection (a), and shall deposit any such fees charged into the revolving fund under this section. (c) CONTENTS OF FUND.— (1) IN GENERAL.—The revolving fund under this section shall consist of the following amounts: (A) Amounts deposited by the Librarian under subsection (b). (B) Any other amounts received by the Librarian which are attributable to the services described in subsection (a). (C) Amounts deposited by the Librarian under paragraph (2). (D) Such other amounts as may be appropriated under law. (2) DEPOSIT OF FUNDS DURING TRANSITION.—The Librarian shall transfer to the revolving fund under this section the following:

## SEC. 103. REVOLVING FUND FOR FEDLINK PROGRAM AND FEDERAL RESEARCH PROGRAM

(a) ESTABLISHMENT.—There is hereby established in the Treasury a revolving fund for the Federal Library and Information Network program (hereafter in this Act referred to as the "FEDLINK program") of the Library of Congress (as described in subsection (f)(1)) and the Federal Research program of the Library of Congress (as described in subsection (f)(2)). (b) INDIVIDUAL ACCOUNTING REQUIREMENT.—A separate account shall be maintained in the revolving fund under this section with respect to the programs described in subsection (a). (c) FEES FOR SERVICES.— (1) IN GENERAL.—The Librarian may charge a fee for services under the FEDLINK program and the Federal Research program, and shall deposit any such fees charged into the account


UNLIMITED CIVIL LAWSUIT - 4

of the revolving fund under this section for such program. (2) ADVANCES OF FUNDS.—Participants in the FEDLINK program and the Federal Research program shall pay for products and services of the program by advance of funds— (A) if the Librarian determines that amounts in the Revolving Fund are otherwise insufficient to cover the costs of providing such products and services; or (B) upon agreement between participants and the Librarian. (d) CONTENTS OF FUND.— (1) IN GENERAL.—Each account of the revolving fund under this section shall consist of the following amounts: (A) Amounts deposited by the Librarian under subsection (c). (B) Any other amounts received by the Librarian which are attributable to the program covered by such account. (C) Amounts deposited by the Librarian under paragraph (2). (D) Such other amounts as may be appropriated under law. (2) DEPOSIT OF FUNDS DURING TRANSITION.—Notwithstanding section 1535(d) of title 31, United States Code, the Librarian shall transfer to the appropriate account of the revolving fund under this section the following: (A) Any obligated, unexpended balances existing as of the date of the transfer which are attributable to the FEDLINK program or the Federal Research program. (B) An amount equal to the difference as of such date between— (i) the total value of the supplies, inventories, equipment, gift fund balances, and other assets attributable to such program; and 2 USC 182c. VerDate 11-MAY-2000 00:47 Dec 06, 2000 Jkt 089139 PO 00481 Frm 00003 Fmt 6580 Sfmt 6581 E:\PUBLAW\PUBL481.106 APP

(ii) the total value of the liabilities attributable to such program. (e) USE OF AMOUNTS IN FUND.—Amounts in the accounts of the revolving fund under this section shall be available to the Librarian, in amounts specified in appropriations Acts and without fiscal year limitation, to carry out the program covered by each such account. (f) PROGRAMS DESCRIBED.— (1) FEDLINK.—In this section, the ''FEDLINK program'' is the program of the Library of Congress under which the Librarian provides the following services on behalf of participating Federal libraries, Federal information centers, other entities of the Federal Government, and the District of Columbia: (A) The procurement of commercial information services, publications in any format, and library support services. (B) Related accounting services. (C) Related education, information, and support services. (2) FEDERAL RESEARCH PROGRAM.—In this section, the ''Federal Research program'' is the program of the Library of Congress under which the Librarian provides research reports, translations, and analytical studies for entities of the Federal Government and the District of Columbia (other than any program of the Congressional Research Service). 2 USC 182d. 2 USC 182a note. SEC. 104. AUDITS BY COMPTROLLER GENERAL. Each of the revolving funds established under this title shall be subject to audit by the Comptroller General at the Comptroller General's discretion. SEC. 105. EFFECTIVE DATE. The provisions of this title shall apply with respect to fiscal year 2002 and each succeeding fiscal year.

**OFFICIALLY AUTHORIZED AND ORDERED BY:**

_____ ON 05/29/2020

**Fabian Barajas**

**Owner Of adBank®**



